IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ASSA ABLOY AB,<br>ASSA ABLOY Inc.,<br>ASSA ABLOY Residential Group, Inc.,<br>August Home, Inc.,<br>HID Global Corporation, and<br>ASSA ABLOY Global Solutions, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>CPC Patent Technologies Pty. Ltd., and<br>Charter Pacific Corporation Ltd.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 3:22-cv-00694-MPS<br><br><br><br><br><br><br><br><br>February 21, 2024 |

**JOINT STATUS REPORT REGARDING
DKT. 66 ORDER SETTING STATUS CONFERENCE**

Pursuant to the Court's Order setting a status conference (Dkt. 66), Declaratory Judgment Plaintiffs ASSA ABLOY AB, ASSA ABLOY Inc., ASSA ABLOY Residential Group, Inc., August Home, Inc., HID Global Corporation, and ASSA ABLOY Global Solutions, Inc. (collectively, "ASSA ABLOY") and Defendants CPC Patent Technologies Pty. Ltd., and Charter Pacific Corporation Ltd. ("CPC") submit this joint status report.

The Court ordered the Parties to "file a joint status report, in which they shall state their positions on whether the Court should lift or maintain the stay in this case through the conclusion of any IPR appeals." (Dkt. 66). The Patent Trial and Appeal Board has issued Final Written Decisions in each of the pending *inter partes* review proceedings as summarized below, each of which has been appealed or will be appealed. The parties therefore respectfully submit that this case should remain stayed in its entirety pending resolution of the appeals of each of the below-referenced ASSA ABLOY and Apple IPRs.

1

ASSA ABLOY and Apple, Inc. separately filed petitions for *inter partes* review challenging the claims of the patents-at-issue: 9,665,705 ("the '705 Patent"), U.S. Patent Nos. 9,269,208 ("the '208 Patent"), and 8,620,039 ("the '039 Patent").

With respect to the '705 Patent, in the ASSA ABLOY IPR the PTAB found that none of the challenged claims (which included all claims of the '705 Patent) are unpatentable based on the prior art submitted by ASSA ABLOY. (Dkt. 62-1). ASSA ABLOY is seeking review (and if necessary, appeal) of the decision on its '705 Patent IPR. In the Apple IPR, the PTAB found that the challenged claims – *i.e.*, claims 1, 4, 6, 10-12, 14-17 - are unpatentable based on the prior art submitted in the Apple IPR. (Dkt. 58-2). CPC has filed a notice of appeal in the Apple IPR.

With respect to the '208 Patent, in the ASSA ABLOY IPRs the PTAB found that none of the challenged claims (which included all claims of the '208 Patent) are unpatentable based on the prior art submitted by ASSA ABLOY. (Dkt. 63-1). ASSA ABLOY is seeking review (and if necessary, appeal) of the decisions on its '208 Patent IPRs. In the Apple IPR, the PTAB found that the challenged claims – *i.e.*, claims 1, 3-7, 9-11, 13 - are unpatentable based on the prior art submitted in the Apple IPR. (Dkt. 59-1). CPC has filed a notice of appeal in the Apple IPR.

With respect to the '039 Patent, the PTAB has determined that all claims are unpatentable based on the IPRs filed by ASSA ABLOY and the IPR filed by Apple. The final written decisions in ASSA ABLOY's IPRs on the '039 Patent issued on January 30, 2024 and are attached as Exhibits A and B.[1] The final written decision in the Apple IPR is attached as Exhibit C. CPC has filed notices of appeal in both the Apple and ASSA ABLOY IPRs.

---

[1] The Final Written Decision for the ASSA ABLOY '705 Patent IPR was submitted to the Court on December 7, 2023 (Dkt. 62), and the Final Written Decision with respect to the ASSA ABLOY '208 IPR was submitted on January 4, 2024 (Dkt. 63).

The outcomes of each IPR and the status of any appeals are summarized in the table below:

| Asserted Patent | IPR Case No | Challenged Claims | Outcome | Status |
|---|---|---|---|---|
| US 9,269,208 | IPR2022-00601 (Apple) | 1, 3-7, 9-11, 13 | All Challenged Claims Unpatentable | Notice of Appeal Filed |
| | IPR2022-01045 (ASSA ABLOY) | 1-9 | No Challenged Claim Found Unpatentable | Pending Review and Appeal |
| | IPR2022-01089 (ASSA ABLOY) | 10-13 | No Challenged Claim Found Unpatentable | Pending Review and Appeal |
| US 9,665,705 | IPR2022-00602 (Apple) | 1, 4, 6, 10-12, 14-17 | All Challenged Claims Unpatentable | Notice of Appeal Filed |
| | IPR2022-01006 (ASSA ABLOY) | 1-17 | No Challenged Claim Found Unpatentable | Pending Review and Appeal |
| US 8,620,039 | IPR2022-00600 (Apple) | 1, 2, 19 and 20 | All Challenged Claims Unpatentable | Notice of Appeal Filed |
| | IPR2022-01093 (ASSA ABLOY) | 1, 2, 13, 14, 19, 20 | All Challenged Claims Unpatentable | Notice of Appeal Filed |
| | IPR2022-01094 (ASSA ABLOY) | 3-12, 15-18 | All Challenged Claims Unpatentable | Notice of Appeal Filed |

The parties respectfully submit that this case should remain stayed in its entirety pending the issuance of any Federal Circuit Court of Appeals decisions, or the expiration of any right of appeal to the Federal Circuit, with respect to each of the above-referenced ASSA ABLOY and Apple IPRs.

The Parties further request that the Court cancel the February 29, 2024 status conference in view of the Parties joint request to maintain the stay.

The Parties further request that the Court enter an Order directing the Parties to submit a Status Report within fourteen (14) days of issuance of the Federal Circuit decision resolving the last of the ASSA ABLOY and Apple IPRs and/or within fourteen (14) days of the expiration of all

3

rights to appeal, whichever is later, and that the Status Report include a description of the outcome of the appeals along with the Parties' respective positions as to next steps in the litigation.


rights to appeal, whichever is later, and that the Status Report include a description of the outcome of the appeals along with the Parties' respective positions as to next steps in the litigation.

Date:  February 21, 2024

/s/ *Steven M. Coyle*
Steven M. Coyle (ct21039)
Andrew C. Ryan (ct21565)
Nicholas A. Geiger (ct28060)
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
Tel: (860) 286-2929
Fax: (860) 286-0115
scoyle@cantorcolburn.com
aryan@cantorcolburn.com
ngeiger@cantorcolburn.com

***Attorneys for Plaintiffs***
***CPC Patent Technologies Pty. Ltd., and Charter Pacific Corporation Ltd.***

Respectfully submitted,

/s/ *Natalie A. Bennett*
Natalie A. Bennett (*pro hac vice*)
natalie.bennett@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

Michael D. Blanchard (ct25891)
Christopher M. Wasil (ct28578)
michael.blanchard@morganlewis.com
christopher.wasil@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: (860) 240-2700
Facsimile: (860) 240-2701

Andrew Devkar (*pro hac vice*)
andrew.devkar@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 907-1000
Facsimile: (310) 907-1001

Jason C. White*
James J. Kritsas*
james.kritsas@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

**pro hac applications forthcoming*

***Attorneys for ASSA ABLOY***

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that on February 21, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will serve all counsel of record who have appeared in this case per Local Rule 5(c).

                                                 */s/ Natalie A. Bennett*
                                                 Natalie A. Bennett